# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**


September 21, 2026

Luke A. Miller
U.S. DEPARTMENT OF JUSTICE
Civil Division, Office of Consumer Litigation
Suite 6400
450 Fifth Street N.W.
Washington, DC 20001

RE: 26-2905 United States v. State of Minnesota, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/pscof/login.xhtml. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Susan E. Bindler
Clerk of Court

MMH

Enclosure(s)

cc: Brian S. Carter
Tiberius T. Davis
Madeleine R. DeMeules
Alexander Hsu
Munazza Humayun
Sara J. Lathrop
Alan Martinson
Sparrowleaf D. McGregor
Sarah C.S. McLaren
Joseph R. Richie
Heather P. Robertson
Spencer D. VanNess
Laurie Wiesner
Timothy Willette
Clerk, U.S. District Court, District of Minnesota

District Court/Agency Case Number(s): 0:25-cv-03798-ECT

**Caption For Case Number: 26-2905**

United States of America

Plaintiff - Appellant

v.

State of Minnesota; City of Minneapolis, Minnesota; City of St. Paul, Minnesota; Hennepin County, Minnesota; Keith M. Ellison, Attorney General of Minnesota, in his official capacity; Dawanna S. Witt, Hennepin County Sheriff, in her official capacity

Defendants - Appellees

**Addresses For Case Participants: 26-2905**


Luke A. Miller
U.S. DEPARTMENT OF JUSTICE
Civil Division, Office of Consumer Litigation
Suite 6400
450 Fifth Street N.W.
Washington, DC 20001

Brian S. Carter
ATTORNEY GENERAL'S OFFICE
Suite 900
445 Minnesota Street
Saint Paul, MN 55101-2125

Clerk, U.S. District Court, District of MN
U.S. DISTRICT COURT
District of Minnesota
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

Tiberius T. Davis
U.S. DEPARTMENT OF JUSTICE
Civil Division
950 Pennsylvania Avenue N.W.
Washington, DC 20530

Madeleine R. DeMeules
ATTORNEY GENERAL'S OFFICE
Suite 600
445 Minnesota Street
Saint Paul, MN 55101-2125

Alexander Hsu
CITY ATTORNEY'S OFFICE
Civil Litigation Division
750 City Hall and Courthouse
15 W. Kellog Boulevard
Saint Paul, MN 55102

Munazza Humayun
CITY ATTORNEY'S OFFICE
Suite 210
350 S. Fifth Street
Minneapolis, MN 55415

Sara J. Lathrop
CITY ATTORNEY'S OFFICE
Suite 210
350 S. Fifth Street
Minneapolis, MN 55415

Alan Martinson
HENNEPIN COUNTY ATTY'S OFFICE
Government Center, A-1200
300 S. Sixth Street
Minneapolis, MN 55487

Sparrowleaf D. McGregor
HENNEPIN COUNTY ATTY'S OFFICE
Government Center, A-13; Mail Code 137
300 S. Sixth Street
Minneapolis, MN 55487

Sarah C.S. McLaren
HENNEPIN COUNTY ATTY'S OFFICE
Government Center, A-13; Mail Code 137
300 S. Sixth Street
Minneapolis, MN 55487

Joseph R. Richie
ATTORNEY GENERAL'S OFFICE
Suite 600
445 Minnesota Street
Saint Paul, MN 55101-2125

Heather P. Robertson
CITY ATTORNEY'S OFFICE
Suite 210
350 S. Fifth Street
Minneapolis, MN 55415

Spencer D. VanNess
HENNEPIN COUNTY ATTY'S OFFICE
Government Center, A-13; Mail Code 137
300 S. Sixth Street
Minneapolis, MN 55487

Laurie Wiesner
U.S. DEPARTMENT OF JUSTICE
Office of Immigration Litigation
450 Fifth Street N.W.
Washington, DC 20001

Timothy Willette
U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415-1320