IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>STATE OF MINNESOTA, et al.,<br><br>Defendants-Appellees. | No. 26-2905 |

**UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE**

Pursuant to Federal Rules of Appellate Procedure 26 and 27, the United States respectfully moves to modify the briefing schedule to provide for (1) a 30-day extension of time, to and including December 10, 2026, in which to file the United States' opening brief; and (2) a 30-day extension of time, to and including February 10, 2027, for defendants-appellees' answering briefs. This motion is unopposed.

1. The United States brought this action against the State of Minnesota, the City of Minneapolis, the City of St. Paul, Hennepin County, and related defendants, alleging that various state and local policies involving federal immigration enforcement are preempted and violate intergovernmental-immunity principles. The district court dismissed the United States' complaint in part for lack of subject-matter jurisdiction and in part for failure to state a claim.

2. The United States' opening brief in this Court is currently due on November 10, 2026. The United States has not previously requested an extension of this deadline.

3. The United States respectfully requests a 30-day extension of time, to and including December 10, 2026, in which to file its opening brief. The requested extension is necessary to allow government counsel adequate time to prepare the opening brief in light of their other deadlines. Samuel B. Goldstein has principal responsibility for preparing the government's opening brief in this case. Mr. Goldstein is occupied with a number of ongoing matters with recent and upcoming deadlines, including: *Kahoot! AS v. Interstellar Inc.*, No. 26-198 (U.S.) (brief in opposition filed Oct. 16, 2026); *Scottsdale Capital Advisors Corp. v. Financial Industry Regulatory Authority, Inc.*, No. 26-5161 (D.C. Cir.) (answering brief due Nov. 5, 2026); *Sztrom v. SEC*, No. 26-5008 (D.C. Cir.) (supplemental brief due Nov. 16, 2026, and supplemental reply brief due Nov. 23, 2026); *Asbury Automotive Group, Inc. v. FTC*, No. 25-11102 (5th Cir.) (oral argument scheduled for Nov. 30, 2026); and *United States v. Colorado*, No. 26-1214 (10th Cir.) (reply brief due Dec. 1, 2026).

Daniel Tenny is the attorney with supervisory responsibility over this case. In addition to this case, Mr. Tenny is responsible for supervising numerous other matters with recent or upcoming deadlines, including: *Levine v. FAA*, No. 26-1054 (D.C. Cir.) (answering brief filed Oct. 28, 2026); *California Nurses Association v. Mullin*, No. 26-7139 (9th Cir.) (emergency stay motion filed Oct. 28, 2026, and reply on stay motion filed

Oct. 29, 2026); *League of Women Voters v. DHS*, No. 26-5243 (D.C. Cir.) (opening brief due Nov. 6, 2026); *Block Club Chicago v. DHS*, No. 26-5234 (D.C. Cir.) (answering brief due Nov. 12, 2026); *Massachusetts Fair Housing Center v. HUD*, No. 26-2084 (1st Cir.) (expedited opening brief due Nov. 16, 2026); and *United States v. Colorado*, No. 26-1214 (10th Cir.) (reply brief due Dec. 1, 2026).

4. Counsel for defendants-appellees have indicated that defendants consent to this motion provided that the United States consents to a 30-day extension for defendants' answering briefs. If this Court grants the United States' requested extension, defendants' answering briefs would be due on January 11, 2027. *See* Fed. R. App. P. 26(a)(1)(C). The United States has no objection to defendants' requested extension. Accordingly, the United States respectfully requests that the briefing schedule be adjusted as follows:

- United States' opening brief due December 10, 2026;
- Answering briefs due February 10, 2027.

Respectfully submitted,

DANIEL TENNY

*/s/ Samuel B. Goldstein*

SAMUEL B. GOLDSTEIN
Attorneys, Appellate Staff
Civil Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 514-0718

October 2026

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 546 words. This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Microsoft Word in Garamond 14-point font, a proportionally spaced typeface.

*/s/ Samuel B. Goldstein*
Samuel B. Goldstein

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2026, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Samuel B. Goldstein*
Samuel B. Goldstein