# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-2905

United States of America

Appellant

v.

State of Minnesota, et al.

Appellees

---

Appeal from U.S. District Court for the District of Minnesota
(0:25-cv-03798-ECT)

---

**ORDER**

Appellant's motion for an extension of time to file the brief is granted. Appellant may have until December 10, 2026 to file the brief and appendix.

November 02, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

________________________________________
/s/ Susan E. Bindler